## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------- | | Chapter 11 |
| In re: | : | |
| | : | Case No. 14-51720 (AHWS) |
| O.W. Bunker Holding North America Inc., | : | Jointly Administered |
| *et al.,* | : | |
| Debtors | : | |
| -------------------------------------------------------: | | : |
| OSG Ship Management, Inc., 1372 Tanker | : | |
| Corporation, | : | |
| Interpleader Plaintiffs, | : | |
| v. | : | |
| | : | Adv. Proc. No. 14-05065 (AHWS) |
| O.W. Bunker USA Inc., Chemoil | : | |
| Corporation, Chemoil Middle East DMCC, | : | |
| GPS Chemoil LLC FZC, | : | |
| Interpleader Defendants. | : | December 10, 2014 |
| ------------------------------------------------------- | | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as made applicable in this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs OSG Ship Management, Inc. and 1372 Tanker Corporation hereby voluntarily dismiss the above-captioned action without prejudice.

THE PLAINTIFFS,

By:   /s/ David B. Zabel
David B. Zabel (ct01382)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06606
Telephone: (203) 368-0211
Facsimile:  (203) 337-5555
E-mail:  dzabel@cohenandwolf.com